IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMILLAH A. TRAINER**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF DELAWARE**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 23-1940-KSM** |

## ORDER

**AND NOW**, this 6th day of May, 2024, upon consideration of Defendant's Motion to Seal (Doc. No. 21), and following an *in camera* review of the document by the Court, it is **ORDERED** that the motion is **GRANTED**. The document which is the subject of the motion to seal shall be filed under seal, if Defendant so chooses to file.

**IT IS SO ORDERED**.

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.