# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMILLAH A. TRAINER**, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 23-1940-KSM |
| **COUNTY OF DELAWARE**, | |
| Defendant. | |

## ORDER

**AND NOW**, this 18th day of June, 2024, upon consideration of Plaintiff Jamillah Trainer's Motion to Reconsider the Court's Memorandum and Order granting Defendant County of Delaware's ("the County") motion for partial summary judgment (Doc. No. 52), and the County's opposition (Doc. No. 54), **IT IS ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.